

**FILED & ENTERED**

OCT 31 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:

URBAN COMMONS LLC AND

                      Debtor(s).

CAROLYN A DYE,

                      Plaintiff(s),

vs.

MEI-SHUEH WU YANG,

                      Defendant(s).

CASE NO.:   2:21-bk-13523-WB
ADV NO.:    2:23-ap-01261-WB

CHAPTER 7

**ORDER SETTING STATUS CONFERENCE**

Date:   January 9, 2024
Time:   2:00 PM
Place:  255 E. Temple Street
        Courtroom 1375
        Los Angeles, CA 90012

**IT IS HEREBY ORDERED** that a status conference in the above-referenced adversary proceeding is set for **January 9, 2024 at 2:00 p.m.** A status report must be filed in accordance with the Local Bankruptcy Rules.

###

Date: October 31, 2023

Julia W. Brand
United States Bankruptcy Judge