United States Bankruptcy Court

Central District of California

Dye,
    Plaintiff

Wu Yang,
    Defendant

Adv. Proc. No. 23-01261-WB

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 22, 2024 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Carolyn Dye, Law Office of Carolyn A. Dye, 15030 Ventura Blvd., Ste.527, Sherman Oaks, CA 91403-5470 |
| dft | + Mei-Shueh Wu Yang, 21725 Gateway Center Dr., Diamond Bar, CA 91765-2400 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carolyn A Dye (TR) | trustee@cadye.com c197@ecfcbis.com;atty@cadye.com |
| Jeffrey P Nolan | on behalf of Defendant Mei-Shueh Wu Yang jnolan@pszjlaw.com |
| Leonard Pena | on behalf of Plaintiff Carolyn Dye lpena@penalaw.com penasomaecf@gmail.com;penalr72746@notify.bestcase.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LEONARD PEÑA (State Bar No. 192898)<br>lpena@penalaw.com<br>PEÑA & SOMA, APC<br>402 South Marengo Ave., Suite B<br>Pasadena, California 91101<br>Telephone (626) 396-4000<br>Facsimile (626) 498-8875<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff | **FILED & ENTERED**<br><br>JAN 19 2024<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY vandenst DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>URBAN COMMONS, LLC<br><br>Debtor(s)<br><br>CAROLYN A. DYE, Chapter 7 Trustee<br><br>Plaintiff(s)<br>vs.<br><br>MEI-SHUEH WU YANG, an individual<br><br>Defendant(s) | CASE NO.: 2:21-bk-13523-WB<br>CHAPTER: 7<br>ADVERSARY NO: 2:23-ap-01261-WB<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: January 9, 2024<br>TIME: 2:00 p.m.<br>COURTROOM: 1375<br>ADDRESS: 255 E. Temple Street, Los Angeles, CA 90012 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

   a. ☐ Continued to the following date for a further status conference:   (*date*) _____   (*time*) _____

   b. ☐ A joint status report must be filed and served, including a judge's copy, by *(date)*: _____

   c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| *December 2014* | Page 1 | **F 7016-1.2.ORDER.STATUS.CONF** |

d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____

e. ☐ The last date for pre-trial motions to be heard is *(date)*: _____

f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: 8/31/24

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)* _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☒ A pre-trial conference is set for *(date)* 10/1/24    *(time)* 2:00 p.m.
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for *(date)* _____ *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☐ Other *(specify)*:

###

Date: January 19, 2024

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014* — Page 2 — F 7016-1.2.ORDER.STATUS.CONF