LEONARD PEÑA (State Bar No. 192898)
lpena@penalaw.com
PEÑA & SOMA, APC
479 South Marengo Ave.
Pasadena, California 91101
Telephone (626) 396-4000
Facsimile (626) 498-8875

Counsel for
Plaintiff Carolyn A. Dye

**FILED & ENTERED**

**JAN 06 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC,<br>_____<br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>      Plaintiff,<br>v.<br>MEI SHUEH WU YANG, an individual<br><br>      Defendant. | Case No. 2:21-bk-13523 WB<br>Chapter 7<br><br>Adv. No. 2:23-ap-01261 WB<br><br>ORDER APPROVING SECOND STIPULATION EXTENDING DISCOVERY DEADLINE AND CONTINUING PRETRIAL CONFERENCE<br><br><u>Pretrial Conference Hearing:</u><br>Date:  January 7, 2025<br>Time:  2:00 PM<br>Place: 255 E. Temple St.<br>       Los Angeles CA 90012<br>Ctrm:  1375 |

    The Second Stipulation By Plaintiff Carolyn A. Dye, Chapter 7 Trustee and Defendant Mei Shueh Wu Yang and continuing pretrial conference ("Stipulation") filed on January 3, 2025 as docket number 26 was duly presented to the court.

    For good cause appearing, it is ORDERED that, the Stipulation and all its terms are approved the discovery

deadline is extending to and including March 31, 2025 the pretrial conference is rescheduled to **April 22**, 2025 at **2:00 p.m**. **The hearing set for January 7, 2025 at 2:00 p.m. is off calendar.**

###

Date: January 6, 2025

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

-2-