United States Bankruptcy Court

Central District of California

Dye,

    Plaintiff                                                        Adv. Proc. No. 23-01261-WB

Wu Yang,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Mei-Shueh Wu Yang, 21725 Gateway Center Dr., Diamond Bar, CA 91765-2400 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: trustee@cadye.com | Jan 07 2025 00:19:00 | Carolyn Dye, Law Office of Carolyn A. Dye, 15030 Ventura Blvd., Ste.527, Sherman Oaks, CA 91403 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2025             Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carolyn A Dye (TR) | trustee@cadye.com  c197@ecfcbis.com;atty@cadye.com |
| Jeffrey P Nolan | on behalf of Defendant Mei-Shueh Wu Yang jnolan@pszjlaw.com |
| Leonard Pena | on behalf of Plaintiff Carolyn Dye lpena@penalaw.com  penasomaecf@gmail.com;penalr72746@notify.bestcase.com |

District/off: 0973-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jan 06, 2025                        Form ID: pdf031                          Total Noticed: 2

United States Trustee (LA)
                              ustpregion16.la.ecf@usdoj.gov

TOTAL: 4

1   LEONARD PEÑA (State Bar No. 192898)
2   lpena@penalaw.com
    PEÑA & SOMA, APC
3   479 South Marengo Ave.
    Pasadena, California 91101
4   Telephone (626) 396-4000
    Facsimile (626) 498-8875
5
6   Counsel for
    Plaintiff Carolyn A. Dye
7
8                 UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10                    LOS ANGELES DIVISION
11
12  In re:                          )  Case No. 2:21-bk-13523 WB
                                    )  Chapter 7
13  URBAN COMMONS, LLC,             )
                                    )
14  _____     )  Adv. No. 2:23-ap-01261 WB
                                    )
15  CAROLYN A. DYE, Chapter 7       )  ORDER APPROVING SECOND
    Trustee,                        )  STIPULATION EXTENDING
16                                  )  DISCOVERY DEADLINE AND
            Plaintiff,              )  CONTINUING PRETRIAL CONFERENCE
17                                  )
    v.                              )  Pretrial Conference Hearing:
18                                  )  Date:  January 7, 2025
    MEI SHUEH WU YANG, an           )  Time:  2:00 PM
    individual                      )  Place: 255 E. Temple St.
19                                  )         Los Angeles CA 90012
20          Defendant.              )  Ctrm:  1375
                                    )
21                                  )
22
23       The Second Stipulation By Plaintiff Carolyn A. Dye,
24  Chapter 7 Trustee and Defendant Mei Shueh Wu Yang and
25  continuing pretrial conference ("Stipulation") filed on January
26  3, 2025 as docket number 26 was duly presented to the court.
27       For good cause appearing, it is ORDERED that, the
28  Stipulation and all its terms are approved the discovery

**FILED & ENTERED**

JAN 06 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

CHANGES MADE BY COURT

-1-

deadline is extending to and including March 31, 2025 the

pretrial conference is rescheduled to *April 22*, 2025 at *2:00*

*p.m*. *The hearing set for January 7, 2025 at 2:00 p.m. is off*

*calendar*.

###

Date: January 6, 2025

*Julia W Brand*

Julia W. Brand
United States Bankruptcy Judge