1  LEONARD PEÑA (State Bar No. 192898)
   PEÑA & SOMA, APC
2  lpena@penalaw.com
   1003 Diamond Ave., Suite 202
3  South Pasadena, California 91030
4  Telephone 626-396-4000
   Facsimile 626-498-8875
5
6  Attorneys for Plaintiff
   Carolyn A. Dye, Chapter 7 Trustee
7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                 LOS ANGELES DIVISION

11

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC,<br><br>            Debtor.<br>_____<br>CAROLYN A. DYE, Chapter 7<br>Trustee,<br><br>            Plaintiff,<br>     v.<br><br>MEI-SHUEH WU YANG,<br><br>            Defendant. | Case No.: 2: 21-bk-13523 WB<br><br>Chapter 7<br><br>Adv. No.: 2:23-ap-01261-WB<br><br>STIPULATION FOR VOLUNTARY<br>DISMISSAL OF ADVERSARY<br>PROCEEDING<br><br>Pretrial Conference<br>DATE: July 8, 2025<br>TIME: 2:00 P.M.<br>COURTROOM: 1375<br>ADDRESS:  255 E. Temple St.<br>Los Angeles, CA 9001 |

     In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), made
applicable to this Adversary Proceeding by Fed. R. Bankr. P.
7041, Plaintiff Carolyn A. Dye, Chapter 7 Trustee and Mei-Shueh
Wu Yang by and through their respective counsel, pursuant to the
Court order approving the settlement agreement between the
parties they stipulate that this Adversary Proceeding is
dismissed with prejudice, with each party bearing its own costs

1

1 │ and attorneys' fees.  The parties request that the Clerk of the

2 │ Court mark the Adversary Proceeding as "Closed."

3 │      SO STIPULATED

4 │

5 │ Dated:  July 3, 2025                    PEÑA & SOMA, APC

6 │

7 │                                    By: _____
   │                                        LEONARD PEÑA

8 │                                        Attorneys for Plaintiff

9 │

10 │ Dated:  July 3, 2025                   PACHULSKI STANG ZIEHL & JONES
    │                                       LLP
11 │

12 │                                    By: _____
    │                                        JEFFREY P. NOLAN
13 │                                        Attorneys for Defendant

14 │

15 │

16 │

17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1003 Diamond Ave., Suite 202, South Pasadena, California 91030


A true and correct copy of the foregoing document entitled (*specify*): Stipulation By Carolyn A Dye and
Mei Shueh Wu Yang For Voluntary Dismissal Of Adversary Proceeding with
proof of service
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
7/8/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Carolyn A Dye (TR)trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com**
**Jeffrey P Nolan on behalf of Defendant jnolan@pszjlaw.com**
**Leonard Pena on behalf of Plaintiff Carolyn A. Dye**
**lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com**
**United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**       ☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/8/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will
be completed</u> no later than 24 hours after the document is filed.
Hon. Julia W. Brand
United States Bankruptcy Court, Suite 1382
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| 7/8/2025 | NOEMI SANDOVAL | /S/ NOEMI SANDOVAL |
|---|---|---|
| Date | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**