```
 1  LEONARD PEÑA (State Bar No. 192898)
    PEÑA & SOMA, APC
 2  lpena@penalaw.com
    1003 Diamond Ave., Suite 202
 3  South Pasadena, California 91030
    Telephone 626-396-4000
 4  Facsimile 626-498-8875
 5
    Attorneys for Plaintiff
 6
```

**FILED & ENTERED**

**JUL 08 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC,<br><br>        Debtor.<br>_____<br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>        Plaintiff,<br>   v.<br><br>MEI-SHUEH WU YANG,<br><br>        Defendant. | Case No.: 2: 21-bk-13523 WB<br><br>Chapter 7<br><br>Adv. No.: 2:23-ap-01261-WB<br><br>ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL ADVERSARY PROCEEDING<br><br><u>Pretrial Conference</u><br>DATE: July 8, 2025<br>TIME: 2:00PM<br>CTRM: 1375 |

    The *Stipulation By Carolyn A. Dye, Chapter 7 Trustee and Defendant Mei-Shueh Wu Yang For Voluntary Dismissal Of Adversary Proceeding* ("Stipulation") filed on July 8, 2025 as docket number 31 was duly presented to the court.

/ / /

/ / /

1

     For good cause appearing, it is **ORDERED** that, the Stipulation and all its terms are approved, and the above captioned adversary proceeding is dismissed pursuant to the terms of the Stipulation.

###

Date: July 8, 2025

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge